# EXHIBIT C

FPF OFFICE
301 E OCEAN BLVD, STE
900
LONG BEACH, CA 90802



**U.S. Customs and Border Protection**

FEAR OF GOD, LLC
c/o SARA MIRTORABI
FEAR OF GOD, LLC
558 S. ALAMEDA ST.
LOS ANGELES, CA 90013
sara@fearofgod.com

Re:   Case Number: 2026270400043901

Dear Sir/Madam:

In accordance with 19 CFR 133.21(e) articles bearing counterfeit trademarks are subject to seizure and forfeiture.

U.S. Customs and Border Protection (CBP) has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Property:
   10047    EA    FEAR OF GOD HOODIES
   3         EA    SAMPLE
Description of Trademark: Standard Character Word Mark FEAR OF GOD
U.S. Customs and Border Protection Recordation Number: TMK 24-02849
U.S. Patent and Trademark Office Registration Number: 5696924

In accordance with 19 CFR 133.21(e), the following seizure information is provided.

Date of Importation: November 26, 2025
Port of Entry: LOS ANGELES
Name/Address of Manufacturer: UNKNOWN
Name/Address of Exporter: XIAMEN STANRUI TECHNOLOGY CO., LTD
Name/Address of Importer: WOOQUEEN INC
                          5101 SANTA MONICA BLVD
                          STE8-258
                          LOS ANGELES, CA 90029
Country of Origin: CHINA (MAINLAND)

Page 1 of 2

In accordance with 19 CFR 133.21(e), you may obtain a sample of the seized goods upon request, provided you meet certain conditions.

Should further information be required, contact Christopher Castaneda at Fines, Penalties and Forfeitures Office FPF OFFICE, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA 90802 at (562) 366-5755 or christopher.j.castaneda@cbp.dhs.gov.  Inquiries should reference the case number.

Sincerely,

LYUDMILA Y UGALDE
Digitally signed by LYUDMILA Y UGALDE
Date: 2026.06.04 15:11:13 -07'00'

Reggie W. Rankin
Fines, Penalties and Forfeitures Officer